1
2
3
4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    SANDRA L. CONNOLLY,                    Case No.  16-cv-02131-DMR

         Plaintiff,
8
                                            **ORDER TO SHOW CAUSE FOR**
9        v.                                 **FAILURE TO APPEAR AT HEARING**

10   I2A TECHNOLOGIES, INC., et al.,

         Defendants.
11

12          On January 19, 2017, this court ordered Defendant and third-party plaintiff Victor

13   Batinovich to personally appear at the February 23, 2017 hearing on Mr. Batinovich's counsel's

14   Motion to Withdraw as counsel of record.  [Docket No. 35].  No appearance was made by Mr.

15   Batinovich.  Therefore, IT IS HEREBY ORDERED that by **March 9, 2017**, Mr. Batinovich shall

16   submit a statement explaining why the court should not impose monetary sanctions against him

17   for failing to appear at the February 23, 2017 hearing.

18

19          **IT IS SO ORDERED.**

20   Dated: February 23, 2017

21                                          

22                                          Donna M. Ryu
                                            United States Magistrate Judge
23

24

25

26

27

28

*(left margin, vertical text)* United States District Court  Northern District of California