UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. CONNOLLY,<br><br>    Plaintiff,<br><br>    v.<br><br>I2A TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-02131-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT ON DEFENDANT I2A TECHNOLOGIES, INC.** |

    Plaintiff Sandra L. Connolly filed the complaint on April 21, 2016. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve all defendants within 90 days of the filing of the complaint, or by July 20, 2016, otherwise the court must dismiss the action without prejudice. The record shows that Defendant i2A Technologies, Inc. has not yet been served with the summons and complaint. Therefore, Plaintiff is hereby ORDERED to show cause in writing by no later than **March 23, 2017**, why Defendant i2A should not be dismissed from this case without prejudice under Federal Rule of Civil Procedure 4(m) for failure to timely serve the summons and complaint.

    **IT IS SO ORDERED.**

Dated: February 23, 2017



Donna M. Ryu
United States Magistrate Judge