UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. CONNOLLY,<br><br>       Plaintiff,<br><br>    v.<br><br>I2A TECHNOLOGIES, INC., et al.,<br><br>       Defendants. | Case No.  16-cv-02131-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF THIRD-PARTY COMPLAINT** |

Third-Party Plaintiff Victor Batinovich filed the third-party-complaint on November 4, 2016. Pursuant to Federal Rule of Civil Procedure 4(m), Third-Party Plaintiff was required to serve Third-Party Defendants AIPAC, Inc., Tri Minh Hoang, and TRI HOANG GROUP dba SEAR INSTITUTE within 90 days of the filing of the third-party complaint or by February 2, 2017, otherwise the court must dismiss the action without prejudice. The record shows that Third-Party Defendants have not yet been served with the third-party complaint. Therefore, Third-Party Plaintiff is hereby ORDERED to show cause in writing by no later than **March 23, 2017**, why the third party complaint should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the summons and third-party complaint on the Third-Party Defendants.

**IT IS SO ORDERED.**

Dated: February 23, 2017

_____
Donna M. Ryu
United States Magistrate Judge

