TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. CONNOLLY,<br><br>Plaintiff,<br><br>v.<br><br>I2a TECHNOLOGIES, INC., a California Corporation, VICTOR A. BATINOVICH, an individual,<br><br>Defendants,<br><br>VICTOR BATINOVICH,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>AIPAC, INC., a California Corporation; TRI HOANG GROUP dba SEAR INSTITUTE, an unknown business entity; TRI MINH HOANG, an individual; and DOES 1-20.<br><br>Third-Party Defendants. | **Case No.:** 5:16-cv-02131-DMR<br><br>**FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date: October 18, 2017**<br>**Time: 1:30 PM** |

PLAINTIFF SANDRA L. CONNOLLY hereby submits this FURTHER CASE MANAGEMENT STATEMENT.

1. The parties are going to attend a Settlement Conference with the Honorable Nathanael Cousins next Monday October 16, 2017. The hearing was set at a telephonic conference with Judge Cousins on September 7, 2017. Dkt. 64.

2. If the matter is not settled on Monday, Plaintiff is fully prepared to attend the scheduled Further Case Management Conference on October 18, 2017 to discuss various cut off and other dates including a trial date.

Dated: October 12, 2017             //s// Tomas E. Margain

TOMAS MARGAIN
Counsel for Plaintiff