TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel:  (408) 317-1100
Fax:  (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. CONNOLLY,<br><br>Plaintiff,<br><br>v.<br><br>I2a TECHNOLOGIES, INC., a California Corporation, VICTOR A. BATINOVICH, an individual,<br><br>Defendants, | Case No.: 5:16-cv-02131-DMR<br><br>**FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date: February 7, 2018**<br>**Time: 1:30 PM** |
| VICTOR BATINOVICH,<br><br> Third-Party Plaintiff,<br><br> vs.<br><br>AIPAC, INC., a California Corporation; TRI HOANG GROUP dba SEAR INSTITUTE, an unknown business entity; TRI MINH HOANG, an individual; and DOES 1-20.<br><br> Third-Party Defendants. | |

PLAINTIFF SANDRA L. CONNOLLY hereby submits this FURTHER CASE MANAGEMENT STATEMENT.

1. The parties attended an October 16, 2017 Settlement Conference with the Honorable Nathanael Cousins and were unable to resolve the matter.
2. There is no need to modify the Court's schedule including trial schedule.

3. Plaintiff's counsel reached out to Defendant Batinovich at by email at approximately 9:30 am on January 31, 2017. The email attached a draft of this statement with paragraphs 1 and 2 and asked that he respond about joining this agreement. As of 9:30 pm, no response was made by Batinovich.

Dated: January 31, 2018            //s Tomas Margain
                                   _____
                                   TOMAS MARGAIN
                                   Counsel for Plaintiff