UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. CONNOLLY,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR A. BATINOVICH,<br><br>    Defendant. | Case No. 16-cv-02131-DMR<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE SANCTIONED FOR FAILING TO APPEAR AT FEBRUARY 21, 2018 CASE MANAGEMENT CONFERENCE** |

    The court held a case management conference today in the above-entitled case. Defendant Victor A. Batinovich ("Mr. Batinovich") did not appear.

    Therefore, **IT IS HEREBY ORDERED** that by **March 7, 2018**, Mr. Batinovich shall respond in writing explaining why he should not be sanctioned for failing to appear at the February 21, 2018 Case Management Conference. Failure to file a timely response to this order to show cause may result in the striking of Mr. Batinovich's Answer and entering default judgment against him.

    **IT IS SO ORDERED.**

Dated: February 21, 2018



Donna M. Ryu
United States Magistrate Judge