UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 2/21/18 | **Time:** 1:58-2:01 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:16-cv-02131-DMR | **Case Name:** Connolly v. I2A Technologies, Inc., et al | |

**For Plaintiff:**
Huy Tran

**For Defendant:**
Victor A. Batinovich, pro se, not present

**Deputy Clerk:** Ivy Lerma Garcia           **FTR:** 1:58-2:01

PROCEEDINGS

Further Case Management Conference not held.  Defendant Victor A. Batinovich failed to appear.  Court to issue Order to Show Cause.

COURT SET THE FOLLOWING DATES:

Further Case Management Conference:  5/30/2018 at 1:30 p.m.
Updated Joint Case Management Conference Statement due by:  5/23/2018

**Order to Show Cause to be issued by:**
[ ] **Plaintiff**     [ ] **Defendant**     [X] **Court**

cc:     Chambers