# *Victor Batinovich*

3085 Paseo Vista, San Martin CA 95046

---

Honorable Donna M. Ryu
United States District Court
Northern District of California
1301 Clay St., Ste. 400S
Oakland, CA 94612

RE: case No.: 4:16-cv02131-DMR

I wish to apologize for not making it to the hearing held in late February.
While cutting a tree I had an accident and I have been and continue, in Dr. Shahs care, thus I was unable to attend this particular hearing.
In addition I have and continue to experience a deep depression for which I am being treated ( Dr. Shah ).
<u>I am not in a condition to actively participate with this litigation</u>.
As such I am requesting at least 6 months deferment so that I can undergo this depression program.
For your reference enclosed please find a note from Dr.'s office verifying that I have been and continue to be under his/ their care.
Thank you for your consideration

Sincerely,

*Victor Batinovich*

Victor Batinovich

Note: Dr. Shah note included

**Morgan Hill Internal Medicine**

☒ DEVANG SHAH, M.D.
Board Certified Internal Medicine

☐ NIMISHA SHAH, M.D.
Board Certified Internal Medicine

Date: 03/08/18

To whom it may concern:

Victor Batinovich _____ is under my care. He/she

☒ Is unable to return to work until _____
☐ Is released to return to work on _____
☐ Is unable to attend school until _____
☐ Is able to attend school on _____
☐ He/She is not able to participate in the Phy. Ed Program at school until: _____

☐ Is in good physical health
☐ Restrictions: _____

☒ Other: Patient has been under my care and he continues to be under our care.

Signature

Morgan Hill Internal Medicine
18550 De paul Drive, Suite # 101
De Paul Health Center
Morgan Hill, CA 95037
Phone: 408-776-

18550 De Paul Dr., Suite 101
De Paul Health Center
Morgan Hill, CA 95037
Phone: 408-776-3900
Fax: 408-776-3919
www.morganhillinternalmedicine.com