UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. CONNOLLY, <br><br> Plaintiff, <br><br> v. <br><br> i2A TECHNOLOGIES, INC., et al <br><br> Defendant. | Case No. 4:16-cv-02131-DMR <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/17/18, I SERVED a true and correct copy(ies) of the Order Discharging February 21, 2018 Order to Show Cause and Setting Further Case Management Conference, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office and by sending it via e-mail: vbatinovich@gmail.com.

Victor A. Batinovich
3085 Paseo Vista Ave.
San Martin, CA 95046

Dated: 4/17/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU