TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
SANDRA L. CONNOLLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SANDRA L. CONNOLLY, | ) Case Number: 5:16-cv-02131-DMR |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE & [PROPOSED] ORDER** |
| v. | ) |
| I2a TECHNOLOGIES, INC., a California Corporation, VICTOR A. BATINOVICH, an individual, Defendants | ) HON. DONNA M. RYU |

THE PARTIES, and PLAINTIFF SANDRA L. CONNOLLY through her counsel, HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff SANDRA L. CONNOLLY has decided not to pursue her case against VICTOR A. BATINOVICH. *[handwritten: BATINOVICH DOES NOT Represent I2a Technologies, INC. IN ANY WAY.]*

2. The parties stipulate that this matter be dismissed with prejudice.

IT IS SO STIPULATED

Dated: August 10, 2018             /s/ _____
                                    TOMAS MARGAIN
                                    Counsel for Plaintiff SANDRA L. CONNOLLY

Page **1** of **2**
STIPULATION TO DISMISS & [PROPOSED] ORDER

Dated: August 10 2018                    _____
                                         VICTOR A. BATINOVICH
                                         In Pro Per

## ORDER

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated.

IT IS SO ORDERED

Dated:                                   _____
                                         HON. DONNA M. RYU
                                         UNITED STATES MAGISTRATE JUDGE