TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
SANDRA L. CONNOLLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. CONNOLLY,<br><br>Plaintiff,<br><br>v.<br><br>I2a TECHNOLOGIES, INC., a California Corporation, VICTOR A. BATINOVICH, an individual,<br>Defendants | Case Number: 5:16-cv-02131-DMR<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE & [PROPOSED] ORDER**<br><br>HON. DONNA M. RYU |

THE PARTIES, and PLAINTIFF SANDRA L. CONNOLLY through her counsel, HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff SANDRA L. CONNOLLY has decided not to pursue her case against VICTOR A. BATINOVICH. *[handwritten: BATINOVICH DOES NOT Represent I2a Technologies, INC. IN ANY WAY.]*

2. The parties stipulate that this matter be dismissed with prejudice.

IT IS SO STIPULATED

Dated: August 10, 2018          /s/
                                TOMAS MARGAIN
                                Counsel for Plaintiff SANDRA L. CONNOLLY

STIPULATION TO DISMISS & [PROPOSED ORDER]

Dated: August 10 2018 

VICTOR A. BATINOVICH
In Pro Per

**ORDER**

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated.

IT IS SO ORDERED

Dated: August 10, 2018



HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE